**Fill in this information to identify the case:**

Debtor name: JIB Foods Inc. d/b/a Pete's Restaurant & Brewhouse

United States Bankruptcy Court for the: Eastern District of CA (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Atlas Disposal Industries, LLC | c/o ROBIN STUHR<br>3035 Prospect Park Dr, Ste. 40<br>Rancho Cordova, CA 95670 | | | | | 800.00 |
| 2 | Comcast | Attn: Legal Department<br>1701 John F. Kennedy Blvd<br>Philadelphia, PA 19103 | | | | | 400.00 |
| 3 | Directv, LLC | Attn: Legal<br>2260 E. Imperial Highway<br>El Segundo, CA 90245 | | | | | 500.00 |
| 4 | Donaghy Sales | 60 Main Ave.<br>Sacramento, CA 95838 | | | | | 2,000.00 |
| 5 | Forward Financing | 53 State Street, 20th Floor<br>Boston, MA 02109 | | | | | 123,000.00 |
| 6 | Golden Brands | 2261 Operation Pl<br>Manteca, CA 95336 | | | | | 5,000.00 |
| 7 | Jurin's Distributing Company | 3314 Orange Grove Ave<br>North Highlands, CA 95660 | | | | | 200.00 |
| 8 | Mussetter Distributing, Inc. | c/o Kimberly Mussetter<br>12979 Earhart Ave.<br>Auburn, CA 95602 | | | | | 2,000.00 |

| Debtor | JIB Foods Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | NuCO2 | 5858 88th Street Sacramento, CA 95828 | | | | | 400.00 |
| 10 | OpenTable, Inc. | c/o UNITED AGENT GROUP INC. 801 US HIGHWAY 1 NORTH PALM BEACH, FL 33408 | | | | | 600.00 |
| 11 | Pacific Gas & Electric Company | c/o CSC - LAWYERS INCORPORATING SERVICE 2710 GATEWAY OAKS DRIVE, SUITE 150N SACRAMENTO, CA 95833 | | | | | 2,000.00 |
| 12 | Pinnacle Pest Control Inc. | c/o Jaime Lopez 3499 Business Dr Sacramento, CA 95820 | | | | | 109.00 |
| 13 | Rammco | 75 Church Street Sutter Creek, CA 95685 | | | | | 4,000.00 |
| 14 | Rutherford Wine Company | 1680 Silverado Trail S. Saint Helena, CA 94574 | | | | | 1,800.00 |
| 15 | Sy Howe Arden LLC dba Sywest Development | c/o Andrew C. MCCullough 150 Pelican Way San Rafael, CA 94901 | | | | | 350,000.00 |
| 16 | Sysco Sacramento, Inc. | c/o CSC - LAWYERS INCORPORATING SERVICE 2710 GATEWAY OAKS DRIVE, SUITE 150N SACRAMENTO, CA 95833 | | | | | 38,000.00 |
| 17 | Three29 Media, LLC | c/o KEVIN HOWE 212 Judah Street Roseville, CA 95678 | | | | | 1,500.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---:|
| 18 | Toast, Inc. | c/o CORPORATE CREATIONS NETWORK INC.<br>150 Royall St., Suite 205<br>Canton, MA 02021 | | | | | 877.00 |
| 19 | Webfunder LLC | c/o Registered Agent Solutions, Inc.<br>1200 South Pine Island Rd<br>Fort Lauderdale, FL 33324 | | | | | 123,000.00 |
| 20 | Yelp Inc. | c/o C T CORPORATION SYSTEM<br>330 N Brand Blvd.<br>Glendale, CA 91203 | | | | | 1,000.00 |