# UNANIMOUS CONSENT RESOLUTION
# OF THE BOARD OF DIRECTORS OF
# JIB FOODS, INC.

The undersigned sole Member of the Board of Directors (the "Director") of JIB Foods, Inc., a California corporation (the "Company"), hereby adopts the following resolutions:

WHEREAS, the Director has reviewed the Company's financial position and operating prospects and continuing obligations for the immediate future, and has concluded that the Company is unable to pay its debts as they arise and that it would be in the best interest of the Company to reorganize.

WHEREAS, in the judgment of the Director, it is desirable and in the best interests of the Company and its creditors, employees and customers that a petition be filed by the Company seeking relief under the provisions of the Bankruptcy Code.

RESOLVED, that the Director of the Company is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to execute and verify a petition under Chapter 11, Subchapter V of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court at such time as the Director of the company executing the petition shall determine, and it is further

RESOLVED, that the law firm of Downey Brand LLP of Sacramento, California, is hereby employed as legal counsel for the Company in the bankruptcy case on such terms and conditions as the Director of the Company shall approve;

RESOLVED, that the Director of the Company is hereby authorized, empowered, and directed to execute and file the petition, schedules of assets and liabilities and the statement of financial affairs, motions, declarations, and other papers in connection therewith, to employ and retain all assistance by legal counsel, accountants and other professionals as necessary, and to take any and all action that he deems necessary, proper and desirable in connection with the Company's bankruptcy case, with a view to the successful prosecution of such case; and it is further

RESOLVED that any and all past actions heretofore taken by the Director of the Company in the name of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved.

Dated: February 4, 2026.

_____
Inderdeep S. Bassi, Director of
JIB Foods, Inc.